SOPHIE HAYKL, an Infant, by LOUIS WITASZEK, Her Guardian at Litem, Appellant, *v.* CHARLES DREES et al., Defendants, and GRANGER AND COMPANY, Respondent.

(Submitted October 19, 1936; decided October 20, 1936.)

*Roy P. Ohlin* for motion.

No one opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion, unless undertaking on appeal is filed within ten days, in which event the motion is denied.